162 A.3d 844

**MCLEOD, Richard Lawton**

v.

**STATE of Maryland**

**Pet. Docket No. 73, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2895, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 844

**MOMENT, Michael**

v.

**STATE of Maryland**

**Pet. Docket No. 88, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Pending in the Court of Special Appeals (No. 2705, Sept. Term, 2016).

Petition for writ of certiorari denied